No. 826. WILLIAM LUCKING v. DETROIT & CLEVELAND
NAVIGATION COMPANY. Appeal from the Circuit Court
of Appeals for the Sixth Circuit. March 5, 1923. Peti-

tion for a writ of certiorari herein denied. *Mr. William Lucking,* for appellant, in support of the petition. *Mr. Henry I. Armstrong, Jr.,* for appellee, in opposition to the petition.